UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUIS MANNARINO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>　　　　　　Defendant. | Case No: 2:13-cv-01461 (JLL) (JAD)<br><br>**CONSENT ORDER DISMISSING COMPLAINT WITHOUT COSTS OR ATTORNEYS' FEES**<br><br>Document Filed Electronically |

　　This matter having been opened on the joint application of plaintiff Louis Mannarino and defendant Macy's Retail Holdings, Inc. ("Macy's) to dismiss the Complaint, and it being represented that (a) plaintiff is subject to an enforceable arbitration provision with Macy's by virtue of his employment with Macy's, (b) all parties consent to the requested dismissal, and (c) all parties agree that a dismissal does not represent a determination by this Court of the merits, or lack thereof, of plaintiff's claims.

　　Based on the foregoing,

　　IT IS, this 23 day of April, 2013,

　　ORDERED that based on the representations regarding an enforceable arbitration agreement between the parties, the Complaint is dismissed, in its entirety and without costs or attorneys' fees.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jose L. Linares, U.S.D.J.

We hereby consent to the form, substance,
and entry of the within Consent Order

LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey 07834
*Attorneys for Plaintiff Louis Mannarino*

By: _____
G. Martin Meyers, Esq.

Dated: April 22, 2013

BERTONE PICCINI LLP
Attorneys for Macy's Retail Holdings, Inc.
777 Terrace Avenue, Suite 201
Hasbrouck Heights, New Jersey 07604
*Attorneys for Defendant Macy's Retail Holdings, Inc.*

By: _____
David H. Ganz, Esq.

Dated: April 22, 2013